IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:25cr225-MHT |
| | ) | (WO) |
| DAVID REYES-AMBROSIO | ) | |

## **O R D E R**

<u>COUNSEL ARE DIRECTED TO PAY PARTICULAR ATTENTION TO PARAGRAPHS 3 AND 4 IN THIS ORDER. FAILURE TO COMPLY WITH THESE TWO PARAGRAPHS MAY SUBJECT COUNSEL TO SANCTIONS</u>.

Now pending before the court is defendant's unopposed motion to set combined arraignment, plea, and sentencing hearing (Doc. 15) filed on April 10, 2025. Upon consideration of the motion, and for good cause, it is ORDERED that the unopposed motion is granted to the following extent:

1. The magistrate judge shall hold the arraignment and consent plea hearing, which will be set by separate order, on April 22, 2025, with sentencing to follow on the same day.

2. Sentencing of the defendant is hereby set on **April 22, 2025,** at **10:30 a.m.**, Courtroom 2FMJ, the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

3. At least **three** business days before the sentencing date, the government and the defendant shall each file a memorandum setting forth (a) the sentence the defendant should receive and (b) why that sentence is appropriate based on the facts and the law.

4. The following motions must be filed at least **three** business days before the sentencing date if the bases for the motions are known at that time: a motion for reduction of sentence based on the defendant's cooperation; a motion for reduction of sentence based on defendant's acceptance of responsibility; a motion for departure; and a motion for variance (downward or upward) from the guideline sentence.

Nothing contained in this order shall be construed as impairing the rights of any party as established in the Constitution or laws of the United States.

DONE this 16th day of April 2025.

          /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE